*Tapes's, Camera's, P.t, Video's, Transcripts.*

# CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Abraham (Jr.) Cruz    NY-2555**
**Full Name of Plaintiff    Inmate Number**

v.

**Fed. Butner Mental H. Hospital**
**Name of Defendant 1**

**Dir. 1st John Doe**
**Name of Defendant 2**

**Psychiatrist Jane Doe**
**Name of Defendant 3**

**Dentist 2nd John Doe**
**Name of Defendant 4**

**Staff 3rd 6-7 John Doe's**
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(✗) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
SCRANTON
OCT 20 2020
PER _____
DEPUTY CLERK

## I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✗   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

✗   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

✗   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

Cruz, Abraham
Name (Last, First, MI)

NY-2555
Inmate Number

State Correctional Institution at Dallas (SCI-Dallas).
Place of Confinement

1000 Follies Rd.
Address

Dallas, Luzerne, Pennsylvania, 18612.
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
_X_ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Federal Butner Mental Health Hospital
Name (Last, First)

To house Federal Mental Health patients.
Current Job Title

Butner, North Carolina, 07144
Current Work Address

Butner, Butner, North Carolina, 07144
City, County, State, Zip Code

**Defendant 2:**
Director First John Doe.
Name (Last, First)

To patrol Federal Mental Health patients.
Current Job Title

Federal Mental Health Hospital, Butner, N.C.
Current Work Address

Butner, Butner, North Carolina, 07144
City, County, State, Zip Code

**Defendant 3:**
Psychiatrist First Jane Doe.
Name (Last, First)

Psychiatrist
Current Job Title

Same as above #2
Current Work Address

Same as above #2
City, County, State, Zip Code

**Defendant 4:**
Dentist 2nd John Doe.
Name (Last, First)

Dentist
Current Job Title

Same as above #2
Current Work Address

Same as above #2
City, County, State, Zip Code

**Defendant 5:**
Staff 3rd 6-7 John & Jane Doe's (Ms. Johnson)
Name (Last, First)

Security, Nursing (Guards & Medical)
Current Job Title

Same as above #2
Current Work Address

Same as above #2
City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

At Restrictive Housing Unit (RHU) #4 (Holding); RHU (#2); RHU (#3 Segregation); Dentists Office; called it (H) 2nd Fl. upstairs (entombed-tombs). 2011, 2012- Aug. 9, 2015

B. On what date did the events giving rise to your claim(s) occur?

There; on 2 occassions 2011-12. Out on Aug. 9th 2015

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

1. Mr. Mannalei Broke my neck back in N.Y. Ms Belly had me an M-X-ray at Butner Mental Health Hospital, N.C.. Couldn't move for approx. 9½ mo..
2. I was belittled and humiliated by Non-evaluated cajoled out of state Evaluation of without being seen. Held Incompetent by forcefully held Psychiatrist Mrs. Mlynywoc which testified in Court when we hardly talked. Incomplete Evaluation in New York, None in North Carolina.
3. The Dentist digged into my teeth, left my partial loose and filled my teeth with some type of paste that would rot my teeth. They all started breaking lose, falling out (Adams Co. P.)(S.C.I. Houtzdale, Dallas.)
4. Director and Staff got together to listen to and follow an out an out of state Order to apply an "Inofcintte" injection and unite to apply it by force. Fussed with them about it. To no avail, still in Zone of Danger.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed. They were in violation of The United States Constitution and/or The Laws of United States of American and its Amendments: 1, 2, 4, 5, 6, 7, 9, 11, 14, 18 and 22. They acted under the color of Federal, State, and Local Laws, Statutes, Ordinances, Rules, Regulations and Norms of this, and their and/or Our Institution. Zone of Danger enroute... Gay Walker; Incommunicado; In Z.O.D.; held Incompetent; Vendetta; Malpractice; Bashing; Miranda Rights; Malicious Torts; Persecution & Prosecution; Cruel and Unusual Punishments. Dental Acid Fixation to rot teeth. After cellmate Mr. Mawnawlei tried to break my neck, X-ray; lay. Gudges Order(?), a squad of 7 gathered to do a Forced apply of an Inotciutte injection. Regardless, of their Gudicial prestege. Which ever Gudge ruled a Force, or us to be a Forced Malignant Prescription from out of State. It violated automatically Medical and Gudicial, were against: Gudge and Criminal, Gudge and Medical (Prescriptions), Doctor and Client, out of State Privileges. I want $250,000,000.00 for Damages: Cumulative; Denominal; Nominal; Punitive; Pain, Suffering and the Sufferings of they putting Mr. Cruz in Z.O.D. in imminent danger of serious bodily, mentally, spiritual,

## V. INJURY

Physical injury and/or death. To clear- 614, 714, 804, 805, wants money Damages and Money Relief.

Describe with specificity what injury, harm, or damages you suffered because of the events described above. Ms. Belly (M-X-ray) for neck injury, couldn't move for 9½ mo., headaches. Dentist's pasta filling rotted teeth still falling, top first. Held Incompetent (No testimony). Allowed Hon. D.R. Cashman in premises to Stalk while I was there, may have Flew back with me ask Pilot. No Money (Lieu of 55 yrs.). Lost paperwork. Tampered w/meds. Lost contact No Writting. Have to re-open all cases in N.Y. New York & Scranton, PA. 6½-7 yrs.! Lost my white Timberland Boots!! In Phila., PA..

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money. I would like to clear my 614 (Money), 714 (Homes), 804 (Property), 805 (Inheritance), so I can get my earnings from Higher Courts. I request Money Damages, Money Relief. I need my teeth fixed. I would like to get my Incommunicado clear so I can communicate and relate. Get this Z.O.D. out of the way, out of the way of all these Gubernador Insubordinators (Gov. Haters), Cloaks & Daggers. It has shown a bad path to fight wrongs by Law and I'm DeGure doing double Life. From Cartel 11 in U.S.A.. Check out my "Executioner Title". Protections of Due Courts! Inotciutte Injection Paralization, shall be banned... Illegal.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

13/Oct./2020
Date

Smart Communications/PADOC
SCI-Dallas
NAME Abraham (Jr.) Cruz
NUMBER NY-2555
P.O. Box 33028
St. Petersburg, FL. 33733

Inmate mail

U.S. POSTAGE >> PITNEY BOWES
ZIP 18612 $ 000.65⁰
02 4W
0000356685 OCT. 16 2020

RECEIVED
SCRANTON
OCT 20 2020
PER ____
DEPUTY CLERK

To: United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA. 18501-1148

185011148 B055